JS-6

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZAG AMERICA, LLC,<br>Plaintiff,<br>v.<br>ANDRIY HARASYMETS,<br>Defendant. | No. 2:21-cv-05100-JAK (KSx)<br><br><br>**JUDGMENT**<br>**JS-6: Case Closed** |

On October 27, 2022, Plaintiff ZAG America, LLC ("Plaintiff") filed a Renewed Motion for Default Judgment and Permanent Injunction ("Motion") against Defendant Andriy Harasymets ("Defendant"). On January 26, 2023, an order was issued taking the Motion under submission. On August 24, 2026, the Motion was granted-in-part and denied-in-part. Accordingly,

IT IS ORDERED AND ADJUDGED as follows:

(1) Judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's claim for copyright infringement.

(2) Plaintiff shall recover from Defendant statutory damages in the amount of $15,000.

(3) Plaintiff shall recover from Defendant attorney's fees in the amount of $3,000.

(4) The total monetary judgment entered in favor of Plaintiff and against Defendant is $18,000, together with post-judgment interest as provided by 28 U.S.C. § 1961.

(5) Plaintiff's request for a permanent injunction is denied.

(6) Any request for an award of costs shall be presented to the Clerk of the Court pursuant to Local Rule 54-2.

**IT IS SO ORDERED.**

Dated: October 6, 2026

John Kronstadt
United States District Judge